UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ROGERS,

                Plaintiff,

    -against-

COUNTY OF RENSSELAER,
JACK MAHAR, KATRINA DINAN AND
ELAINE YOUNG,

                Defendants.

**STIPULATION OF DISMISSAL**
1:14-CV-01162 [MAD/TWD]

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, be and the same hereby is dismissed by the plaintiffs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: 1/20/16

TULLY RINCKEY, PLLC

By: DAVID A. FALLON
Bar Roll No. 517677
Attorneys for Plaintiffs
441 New Karner Road
Albany, NY 12205
E-Mail: dfallon@tullylegal.com

DATED: 1/20/16

CARTER, CONBOY, CASE, BLACKMORE,
MALONEY & LAIRD, P.C.

By: JAMES A. RESILA
Bar Roll No. 102434
Attorneys for Defendants, County of Rensselaer,
Jack Mahar, and Kartina Dinan
20 Corporate Woods Boulevard
Albany, NY 12211-2396
E-Mail: Jresila@carterconboy.com

DATED: 1/20/16

LUIBRAND LAW FIRM, PLLC

By: KEVIN A. LUIBRAND
Bar Roll No. 102083
Attorneys for Defendant,
Elaine Young
950 New Loudon Road, Suite 270
Latham, NY 12110
E-Mail: Kluibrand@LuibrandLaw.com

IT IS SO ORDERED:

Mae A. D'Agostino
U.S. District Judge

Dated: January 25, 2016
Albany, NY